PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR002952 AWI** |
| ) | |
| **GARY ONIS CLINE** ) | |
| ) | |

On August 16, 2001, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:     December 7, 2007
           Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   CLINE, Gary Onis**
      **Docket Number:   1:07CR00292 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>January 24, 2008</u>**            <u>     /s/ Anthony W. Ishii     </u>
                                                          UNITED STATES DISTRICT JUDGE